## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

ANUWAVE, LLC,

        Plaintiff,

v.

                                        Civil Action No. 1:19-cv-00777

CLECO POWER, LLC,

        Defendant.

### CORPORATE DISCLOSURE STATEMENT OF CLECO POWER, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cleco Power, LLC states that it is wholly owned by Cleco Corporate Holdings LLC, which is a subsidiary of Cleco Group LLC, which is a subsidiary of Cleco Partners L.P. No publicly traded company owns 10% or more of Cleco Power, LLC's stock.

Dated: August 15, 2019                              FISH & RICHARDSON P.C.

By: */s/ Martha R. Crenshaw*
    Martha R. Crenshaw
    GOLD, WEEMS, BRUSER, SUES &
    RUNDELL
    P.O. Box 6118
    Alexandria, LA 71307-6118
    Telephone: (318) 445-6471
    Facsimile: (318) 445-6476
    mcrenshaw@goldweems.com

    Neil McNabnay (*pro hac vice* to be filed)
    mcnabnay@fr.com
    Ricardo Bonilla (*pro hac vice* to be filed)
    rbonilla@fr.com
    FISH & RICHARDSON P.C.
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    Tel: (214) 747-5070
    Fax: (214) 747-2091

    Ann E. Motl (*pro hac vice* to be filed)
    motl@fr.com
    FISH & RICHARDSON P.C.
    3200 RBC Plaza
    60 South 6th Street
    Minneapolis, MN 55402
    Tel: (612) 335-5070
    Fax: (612) 288-9696

    **Attorneys for**
    **Defendant Cleco Power, LLC**